No. 72–1369.   CARMACK ET AL. *v.* BUCKNER.   Appeal from Sup. Ct. La.   Motion of Federal National Mortgage

901

Assn. for leave to file a brief as *amicus curiae* granted. Appeal dismissed for want of substantial federal question.